IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AUSTIN M. HARRIS,                        )
                                         )
              Plaintiff,                  )
                                         )      Case No. 1:25-cv-47
       v.                                )
                                         )
OFFICER STEELE, *et al.*,                )
                                         )
              Defendants.                 )

## MEMORANDUM ORDER

Plaintiff Austin M. Harris, an inmate at the State Correctional Institution Coal Township ("SCI Coal"), initiated this *pro se* Section 1983 lawsuit[1] against Officer Steele, Sergeant Spencer, Ms. Trask, and SCI Forest, claiming that the Defendants violated federal and state law as a result of an incident that occurred during Plaintiff's confinement at SCI-Forest. Pending before the Court is Defendant's motion to dismiss the complaint, ECF No. [17], which has been referred to Chief United States Magistrate Judge Richard A. Lanzillo for a Report and Recommendation ("R&R") in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.

On April 21, 2026, Judge Lanzillo issued an R&R in which he recommended that Defendant's motion to dismiss be granted in part and denied in part. ECF No. [24]. In particular, Judge Lanzillo found that Plaintiff had stated a plausible Eighth Amendment claim against Officer Steel, Sergeant Spence, and Ms. Trask based on the Defendants' alleged deliberate indifference to Plaintiff's risk of suicide and propensity for self-harm. As to this claim, Judge Lanzillo recommended that Defendants' motion be denied.

---

[1] *See* 42 U.S.C. §1983.

1

On the other hand, Judge Lanzillo determined that the remainder of Plaintiff's claims failed to state a plausible basis for relief and should be dismissed.  First, Judge Lanzillo noted that any official capacity claims against the Defendants for monetary damages are barred by the Eleventh Amendment.  Second, Judge Lanzillo observed that Plaintiff's claims against SCI-Forest must be dismissed, because the prison has no legal existence apart from the Department of Corrections and/or the Commonwealth itself, and any claim against the latter entities is barred by the Eleventh Amendment.  Next, Judge Lanzillo observed that Plaintiff's state law claims against the Defendants for alleged negligence, defamation, or harassment are barred by Pennsylvania's sovereign immunity statute.  Finally, Judge Lanzillo noted that claims predicated upon the Defendants' alleged violation of DOC policies are invalid, as those policies do not create enforceable rights.

Objections to the R&R were due to be filed on or before May 8, 2026.  To date, no objections have been filed.

Now, after *de novo* review of the documents in the case, including the complaint, the Defendants' motion to dismiss, all filings related thereto, and the Chief Magistrate Judge's R&R,

IT IS ORDERED, this 27th day of May 2026, that the Defendants' motion to dismiss the complaint, ECF No. [17], is DENIED as to Plaintiff's Eighth Amendment claim against Officer Steel, Sergeant Spence, and Ms. Trask based on the allegation that those Defendants were deliberately indifferent to Plaintiff's risk of suicide and propensity for self-harm.

IT IS FURTHER ORDERED that the Defendants' motion to dismiss [17] is GRANTED insofar as it relates to: (1) any official capacity claims against the individual Defendants for monetary damages; (2) any claims directed against SCI Forest; (3) any state law claims based on alleged negligence, defamation and/or harassment; and (4) any claims predicated on Defendants'

2

alleged violation of DOC policies.  Because the defects in these claims cannot be remedied through further amendment, they are hereby DISMISSED with prejudice. Consistent with this order, the Clerk is directed to terminate SCI-Forest, Department of Corrections as a party to this action.

IT IS FURTHER ORDERED that the Report and Recommendation issued by Chief U.S. Magistrate Judge Lanzillo on April 21, 2026, ECF No. [24], is adopted as the opinion of this Court.

IT IS FURTHER ORDERED that Defendants shall file their answer to Plaintiff's remaining Eighth Amendment claim within fourteen (14) days of the date of this Order.

SUSAN PARADISE BAXTER
United States District Judge